```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| TROY C. DEININGER, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO. 20-00435-B |
| | * |
| KILOLO KIJAKAZI, | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
|     Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

**DONE** this **19th** day of **September, 2022.**

                                                 /s/ SONJA F. BIVINS
                                      **UNITED STATES MAGISTRATE JUDGE**